1

2

3          **IN THE UNITED STATES DISTRICT COURT**

4          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

5

6    TERRENCE STEVEN FISCHER,                    1:06-CV-00363-AWI-DLB-P

7                    Plaintiff,          _____ ORDER DIRECTING CLERK OF THE
                                                COURT TO REDESIGNATE CASE FROM
8         vs.                                    A REGULAR CIVIL RIGHTS CASE TO
                                                A PRISONER CIVIL RIGHTS CASE
9    STATE OF CALIFORNIA, et al.,

10                   Defendants.
     _____/

11

12          On March 31, 2006, plaintiff Terrence Steven Fischer filed the complaint upon which this action

13   proceeds.   The Clerk of the Court designated the action as a civil rights action pursuant to 42 U.S.C.

14   § 1983 concerning the constitutionality of state statutes, as indicated on the civil cover sheet submitted

15   by plaintiff with the complaint.  In his complaint, plaintiff alleges violations of his civil rights by state

16   employees while under the authority of the Kern County Superior Court.  On further review by the court,

17   it has been determined that the present action involves state custody conditions of confinement, and the

18   court hereby construes the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Therefore,

19   the Clerk of Court shall proceed to administratively redesignate the case from a regular civil action to

20   a prisoner civil rights action.  The case number shall remain the same.

21          Accordingly, IT IS HEREBY ORDERED that:

22          1.     The Clerk of the Court is DIRECTED to:

23                 1)     Change the designation of the present case to reflect that of a prisoner civil rights

24                        action pursuant to 42 U.S.C. § 1983; and

25                 2)     Send a Litigant Letter and other appropriate case opening documents to plaintiff.

26          IT IS SO ORDERED.

27   **Dated:    October 2, 2006**                      **/s/ Dennis L. Beck**

28                                              1

1  3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28