UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE FISHER,<br><br>       Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA,<br><br>       Defendant.<br>_____/ | 1:06-cv-00363-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 12)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Terrence Fisher ("plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 1, 2007, the Magistrate Judge filed Findings and Recommendations that recommended the court dismiss this action for lack of subject matter jurisdiction. The Findings and Recommendations were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On March 7, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

1   In accordance with the provisions of 28 U.S.C.
2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3   de novo review of this case.  Having carefully reviewed the
4   entire file, the Court finds the Findings and Recommendation to
5   be supported by the record and by proper analysis.
6       The objections do not provide any basis to not adopt the
7   Findings and Recommendations.  Plaintiff is correct that in
8   Kelson v. City of Springfield, 767 F.2d 651 (9th Cir. 1985), the
9   Ninth Circuit, in a case concerning the rights of parents whose
10  son had committed suicide, clearly stated that parents have a
11  fundamental constitutional right to association with their
12  children.   However, the Supreme Court has found that federal
13  courts lack jurisdiction to adjudicate claims arising from
14  custody disputes because "the domestic relations exception ...
15  divests the federal courts of power to issue ... child custody
16  decrees."  Ankenbrandt v. Richards, 504 U.S. 689, 703 (1992).
17  "[C]hild custody problems ... [are] generally considered a state
18  law matter."  Peterson v. Babbit, 708 F.2d 465, 466 (9th
19  Cir.1983).  Accordingly, the Magistrate Judge correctly
20  recommended that this court not exercise jurisdiction in this
21  case because it involves the custody of minors.
22      Accordingly, IT IS HEREBY ORDERED that:
23      1.   The Findings and Recommendation, filed March 1, 2007,
24  are ADOPTED IN FULL; and,
25      2.   This action is DISMISSED without leave to amend.
26  IT IS SO ORDERED.
27  **Dated:   May 15, 2007**            /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE
28